1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL W. GASNER,                          No.  2:21-cv-0452 KJM AC P

12                    Petitioner,

13        v.                                      ORDER

14   G. MATTESON, WARDEN,

15                    Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as

19   provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On May 24, 2022, the magistrate judge issued findings and recommendations, which were

21   served on petitioner and which contained notice to petitioner that any objections to the findings

22   and recommendations were to be filed within fourteen days.  ECF No. 7.  Petitioner has not filed

23   objections to the findings and recommendations.

24        The court presumes any findings of fact are correct.  *See Orand v. United States*,

25   602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

26   de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

27   by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

28   /////

                                   1

. . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The findings and recommendations issued May 24, 2022 (ECF No. 7), are ADOPTED in full;

2.   This action is SUMMARILY DISMISSED as having been previously adjudicated in *Gasner v. Matteson*, 2:21-cv-0453 JAM EFB P; and

3.   The court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED:  December 14, 2022

_____

CHIEF UNITED STATES DISTRICT JUDGE